IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Andres A. Perez, et al.,

Plaintiffs,

v.

Elite Valet Systems, Inc. et al.,

Defendants.

Case No. 21-cv-00013
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Plaintiff Andres Perez and against Defendants in the amount of $33,467.23; in favor of Plaintiff Alfredo Trejo and against Defendants in the amount of $19,504.34; and in favor of Plaintiff Jose Najera and against Defendants in the amount of $36,114.61. Plaintiffs may recover attorneys' fees and costs using the procedures set by Fed. R. Civ. P. 54, Local Rule 54.1, and Local Rule 54.3.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:  6/14/2021                                    Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk