# *United States District Court for the Northern District of Illinois*

Case Number: **21cv13**  Assigned/Issued By: **DB**

Judge Name: **Shah**  Designated Magistrate Judge: **Kim**

---

## FEE INFORMATION

*Amount Due:*  ☐ $402.00   ☐ $49.00   ☐ $5.00

☒ IFP   ☐ No Fee   ☐ Other _____

☐ $505.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☒ Citation to Discover Assets

(Victim, Against and $ Amount)

☐ Writ _____
  (Type of Writ)

**1** Original and **1** copies on **10/29/2021** as to **Joseph Severino (no notice filed)**
  (Date)

Rev. 08/19/2016