UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Andres A. Perez, et al().

                                 Plaintiff,

v.                                                       Case No.: 1:21−cv−00013
                                                            Honorable Manish S. Shah

Elite Valet Systems, Inc., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 14, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Defendants filed no objections to the motion for an award of attorneys fees. Any objections are waived. The hourly rate charged by plaintiffs' counsel is reasonable, based on counsel's experience and the rate set by other similar awards, and the time spent on the litigation was appropriately documented by counsel's supporting affidavit and exhibit and also reasonable. The motion for attorney fees [25] is granted. Plaintiffs are awarded $26,550 in attorneys' fees. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.